# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SILLS, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 10-3431 |
| MS. SAUERS, SUPERINTENDANT, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this _28th_ day of _March_, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_John R. Padova, J._